IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00126-WJM

ERIC DEVILLAZ, individually and on behalf of all similarly situated people,

    Plaintiff,

v.

ATMOSPHERE GASTROPUB, INC.,
MICHAEL DAVIS,
MEGAN DAVIS, and
STEVEN BAILEY,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Amended Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [57] entered by United States District Judge William J. Martínez on May 15, 2023, it is

ORDERED that the First Amended Class Action and Collective Action Complaint [50] is DISMISSED WITHOUT PREJUDICE.

This case will be closed.

DATED at Denver, Colorado, this 20th day of June, 2023.

                          FOR THE COURT:

                          Jeffrey P. Colwell, Clerk

                          By:    s/H. Guerra
                                   Deputy Clerk